FRANK N. DARRAS #128904
MICHAEL B. HORROW #162917
SHERNOFF BIDART & DARRAS, LLP
Suite 300
3257 East Guasti Road
Ontario, CA  91761

Telephone:   909.390.3770
Facsimile:    909.974.2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ROTH,<br><br>              Plaintiff,<br><br>     vs.<br><br>CONTINENTAL CASUALTY COMPANY; GROUP LONG TERM DISABILITY INSURANCE PLAN FOR PANDOL BROS., INC.<br><br>              Defendant | Case No.: 1:05-CV-01302-AWI-SMS<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DEBORAH ROTH, and defendant CONTINENTAL CASUALTY COMPANY; GROUP LONG TERM DISABILITY INSURANCE PLAN FOR PANDOL BROS., INC. and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  July 3, 2006                          SHERNOFF BIDART & DARRAS, LLP

  /s/ Michael B. Horrow
MICHAEL B. HORROW
Attorneys for Plaintiff:  DEBORAH ROTH

Dated:  July 11, 2006                         KELLY, HERLIHY & KLEIN, LLP

  /s/ Thomas K. Hockel
THOMAS K. HOCKEL
Attorneys for Defendants
CONTINENTAL CASUALTY COMPANY; GROUP LONG TERM DISABILITY INSURANCE PLAN FOR PANDOL BROS., INC.

# O R D E R

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of

dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; see also <u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf.</u> <u>Wilson</u>, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated:   **July 13, 2006**                                    _____/s/ Anthony W. Ishii_____
**0m8i78**                                                **UNITED STATES DISTRICT JUDGE**